**Order entered June 8, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00161-CV

### RAKESH THOUTAM, Appellant

### V.

### GEETANJALI PARAKUSAM, Appellee

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. CV21-00750

### ORDER

The clerk's record in this case is overdue. By postcard dated April 6, 2022, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the

record and that he is not entitled to proceed without payment of costs.  *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the record and is not entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal.  See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

Felica Pitre
Dallas County District Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE